UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>            Plaintiff,<br><br>     v.<br><br>KPK, INC.,<br><br>            Defendant. | Case No.: 1:16-cv-01449  LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 9) |

On November 11, 2016, the plaintiff notified the Court that the parties have settled the action. (Doc. 9)  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **December 16, 2016**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **November 15, 2016**          /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE